```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/22/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

POBLANO MENDOZA,

       **Plaintiff,**

-against-

118 HARLEM BURGER CO., LLC and UYANIK ALPER,

       **Defendants.**

22-cv-05716 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

  Plaintiff commenced this action on July 5, 2022 alleging violations of the Fair Labor Standards Act of 1938, 29 U.S.C. § 201 *et seq*. ("FLSA") and of the N.Y. Labor Law §§ 190 *et seq*. and 650 *et seq*. (the "NYLL") against Defendants 118 Harlem Burger Co., LLC and Uyanik Alper. ECF No. 1. The Clerk of the Court entered Certificates of Default as to both Defendants on August 22, 2022. ECF Nos. 13, 15. On August 26, 2022, Defendants' counsel entered a notice of appearance in this matter. ECF No. 16. Plaintiff has yet to move for default judgment. The parties are hereby **ORDERED** to submit a joint status report on the current status of this action by no later than **January 6, 2023**.

**SO ORDERED.**

Dated: December 22, 2022
    New York, New York

                  **ANDREW L. CARTER, JR.**
                  **United States District Judge**