UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/10/2023
```

| | |
|---|---|
| **POBLANO MENDOZA,** | |
| Plaintiff, | |
| -against- | 22-cv-05716 (ALC) |
| **118 HARLEM BURGER CO., LLC** and **UYANIK ALPER,** | **ORDER** |
| Defendants. | |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' Joint Status Report. ECF No. 20. The parties advised the Court that they remained interested in mediating their dispute and are in the process of scheduling a mediation conference. *Id*. The parties are hereby **ORDERED** to submit a Joint Status Report to the Court on or before **March 7, 2023** indicating the progress of their mediation and the status of this action.

**SO ORDERED.**

Dated:  January 10, 2023
       New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**