**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X

ANGEL CUSTODIO POBLANO MENDOZA, *individually and on behalf of others similarly situated*,

     *Plaintiff*,

 -against-

118 HARLEM BURGER CO., LLC (D/B/A HARLEM BURGER CO.) and UYANIK ALPER,

     *Defendants*,
----------------------------------------------------------X

Index No.: 22-cv-05716

**NOTICE OF PLAINTIFF'S ACCEPTANCE OF DEFENDANTS' OFFERS OF JUDGMENT PURSUANT TO F.R.C.P. RULE 68**

 Plaintiff ANGEL CUSTODIO POBLANO MENDOZA ("Plaintiff"), through his undersigned counsel, hereby notifies the Court that on or about February 7, 2023, said Plaintiff accepted Defendants' Offer of Judgment, pursuant to Rule 68 of the Federal Rules of Civil Procedure. Annexed hereto are copies of, respectively, (a) said Offer of Judgment; (b) Plaintiff's said acceptance of said Offer of Judgment; and (c) Proof of Service of said Acceptance.

 Dated: February 7, 2023

           *Ramsha Ansari*
           Ramsha Ansari, Esq.
           CSM Legal, P.C.
           60 East 42nd Street, Ste. 4510
           New York, New York 10165
           Tel: (212) 317-1200
           Email: ramsha@csm-legal.com
           *Attorney for Plaintiff*