UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ANGEL CUSTODIO POBLANO MENDOZA, *individually and on behalf of others similarly situated*,

                  *Plaintiff*,

-against-

118 HARLEM BURGER CO., LLC (D/B/A HARLEM BURGER CO.) and UYANIK ALPER,

                  *Defendants*,
------------------------------------------------------------X

Index No.: 22-cv-05716

**NOTICE OF PLAINTIFF'S ACCEPTANCE OF DEFENDANTS' OFFERS OF JUDGMENT PURSUANT TO F.R.C.P. RULE 68**

Plaintiff ANGEL CUSTODIO POBLANO MENDOZA ("Plaintiff"), through his undersigned counsel, hereby notifies the Court that on or about February 7, 2023, said Plaintiff accepted Defendants' Offer of Judgment, pursuant to Rule 68 of the Federal Rules of Civil Procedure. Annexed hereto are copies of, respectively, (a) said Offer of Judgment; (b) Plaintiff's said acceptance of said Offer of Judgment; and (c) Proof of Service of said Acceptance.

Dated: February 7, 2023

                                                              _____
                                                              Ramsha Ansari, Esq.
                                                              CSM Legal, P.C.
                                                              60 East 42nd Street, Ste. 4510
                                                              New York, New York 10165
                                                              Tel: (212) 317-1200
                                                              Email: ramsha@csm-legal.com
                                                              *Attorney for Plaintiff*