UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

ANGEL CUSTODIO POBLANO
MENDOZA, *individually and on behalf of others similarly situated*,

                *Plaintiff*,

-against-

118 HARLEM BURGER CO., LLC (D/B/A HARLEM BURGER CO.) and UYANIK ALPER,

                *Defendants,*
---------------------------------------------------------X

Index No.: 22-cv-05716

**(PROPOSED) JUDGMENT**

    WHEREAS on or about February 7, 2023, Defendants 118 HARLEM BURGER CO., LLC (D/B/A HARLEM BURGER CO.) and UYANIK ALPER extended to Plaintiff ANGEL CUSTODIO POBLANO MENDOZA an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of Thirty-Two Thousand Five Hundred Dollars and Zero Cents ($32,500.00), and whereas said Plaintiff accepted said offer on or about February 7, 2023.

    JUDGMENT shall be entered in favor of said Plaintiff against said Defendants in the amount of Thirty-Two Thousand Five Hundred Dollars and Zero Cents ($32,500.00).

    Dated: New York, New York

           _____February 8_____ , 2023

                                              _____
                                            JUDGE JENNIFER L. ROCHON, U.S.D.J.